# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE,

Plaintiff(s),

vs.

ACCELERATED CONSTRUCTION, INC., et al.,

Defendant(s).

Case No. 2:16-cv-02181-JCM-NJK

ORDER

On December 13, 2016, the Court ordered the parties to show cause in writing why they had not complied with the Court's previous order to file a joint proposed discovery plan or a status report. Docket No. 11. The same day, the parties filed a status report indicating that they have reached a settlement and that Plaintiff has circulated a stipulation of dismissal. Docket No. 10.

Accordingly, the Court's order to show cause (Docket No. 11) is hereby **DISCHARGED**. The Court further **ORDERS** the parties to file a stipulation of dismissal, no later than January 13, 2017.

IT IS SO ORDERED.

Dated: December 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge